| Attorney or Party Name, Address, Phone & Fax Nos., State Bar No. & Email | FOR COURT USE ONLY |
|---|---|
| **NEXUS BANKRUPTCY**<br>**BENJAMIN HESTON (297798)**<br>**3090 Bristol Street #400**<br>**Costa Mesa, CA 92626**<br>**Tel: 949.312.1377**<br>**Fax: 949.288.2054**<br>**ben@nexusbk.com**<br><br>☐ *Debtor(s) appearing without an attorney*<br>☑ *Attorney for Debtor(s)* | |

**United States Bankruptcy Court**
**Central District of California - Riverside Division**

| In re:<br><br>Phillip Anthony Obregon, Jr | CASE NO.: |
|---|---|
| | CHAPTER: 7 |
| | **DECLARATION BY DEBTOR(S) AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**<br><br>[11 U.S.C. § 521(a)(1)(B)(iv)] |
| Debtor(s). | [No hearing required] |

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

### Declaration of Debtor 1

1. ☑  I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date ( *Check only ONE box below* ):**

    ☑  **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

    ☐  **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: **11/23/2024**          **Phillip Anthony Obregon, Jr**          *Signature of Debtor 1*
                              Printed name of Debtor 1                  Signature of Debtor 1

### Declaration of Debtor 2 (Joint Debtor) (if applicable)

2. ☐  I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date ( *Check only ONE box below* ):**

    ☐  **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

    ☐  **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: _____          _____          _____
                              Printed name of Debtor 2                  Signature of Debtor 2

*December 2015*          This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 1002-1.EMP.INCOME.DEC**

# STATE OF CALIFORNIA

DIRECT DEPOSIT ADVICE

DIRECT DEPOSIT NUMBER
**07-862663**

| | DOLLARS | CENTS |
|---|---|---|
| AMOUNT DEPOSITED | $ *4936. | 69 |

TO **P A OBREGON**

**086-202**
AGENCY UNIT





*NOT NEGOTIABLE*

**MALIA M. COHEN**
CALIFORNIA STATE CONTROLLER

When changing accounts or financial institutions, notify your personnel office immediately.
Do not close your old account until you have received your first payment in your new account.

STATE OF CALIFORNIA    STATEMENT OF EARNINGS AND DEDUCTIONS    OFFICE OF STATE CONTROLLER

**P A OBREGON**                                                    SOC SEC NO          **3389**
**AGY/UNIT 086-202    PAY PERIOD 11/24    DIRECT DEP #**
**TAX YEAR 24    ISSUE DATE 12/01/24    BANK TRANSIT**
**ST EX    FD EX    OTHIN 0.00    DED 0.00    DEP 0.00**

| | GROSS PAY | TAXABLE GROSS | DEDUCTIONS | NET PAY |
|---|---|---|---|---|
| CURRENT | 8529.82 | 6621.15 | 3593.13 | 4936.69 |
| YEAR-TO-DATE [1] | 113589.52 | | | |

| EARNINGS | DAYS | HOURS | GROSS | DEDUCTIONS | AMOUNT |
|---|---|---|---|---|---|
| **REGULAR** | 21 | | 8529.82 | *RETIREMENT | 996.69 |
| | | | | *OPEB | 341.19 |
| | | | | MEDICARE | 110.46 |
| | | | | *F KAISER | 570.79 |
| | | | | *F PRM DNTL | .00 |
| | | | | *CCPOA VIS | .00 |
| | | | | PERS SURV | 2.00 |
| | | | | DUES-C/USA | 10.00 |
| | | | | PERS SUR AD | 4.60 |
| | | | | CVC VICTIMS | 71.00 |
| | | | | SUP ADM CHG | 1.50 |
| | | | | SUPPORT | 1333.00 |
| | | | | DUES-CCPOA | 116.15 |
| | | | | CCPOA-BTF | 35.75 |

EMPLOYER CONTRIBUTIONS (current and adjustments)

| RETIREMNT | HLTH/FLEX | MEDICARE |
|---|---|---|
| 2620.36 | 2005.06 | 110.46 |
| VISION | OPEB | DEFCMP ER |
| 8.27 | 341.19 | 475.00 |

| | 10/24 BEGIN BAL | CREDIT | USED | MISC | 11/24 BEGIN |
|---|---|---|---|---|---|
| VACATION | 60.50 | 11.00 | 8.00 | 0.00 | 63.50 |
| SICK LV | 8.00 | 8.00 | 8.00 | 0.00 | 8.00 |
| HOL CR | 16.00 | 0.00 | 8.00 | 0.00 | 8.00 |
| HOL ITO | 10.00 | 0.00 | 0.00 | 0.00 | 10.00 |
| TRNG/DEV | 16.00 | 0.00 | 0.00 | 0.00 | 16.00 |
| S POINTS | 108.00 | 1.00 | 0.00 | 0.00 | 109.00 |

**\*HOLIDAYS ARE FOR FOOD, FAMILY. MAKE FOOD SAFETY A PRIORITY.
WASH YOUR HANDS. KEEP COLD FOODS COLD, HOT FOODS HOT. FULLY
COOK FOOD AND REFRIGERATE LEFTOVERS. SEE TIPS AT CDPH.CA.GOV.**

# S T A T E   O F   C A L I F O R N I A

DIRECT DEPOSIT NUMBER
07-311749

DIRECT DEPOSIT ADVICE

AMOUNT DEPOSITED

| DOLLARS | CENTS |
|---------|-------|
| $*5268 | 17 |

TO P A OBREGON              086-202
                         AGENCY   UNIT





**MALIA M. COHEN**
CALIFORNIA STATE CONTROLLER

When changing accounts or financial institutions, notify your personnel office immediately.
Do not close your old account until you have received your first payment in your new account.

---

STATE OF CALIFORNIA          STATEMENT OF EARNINGS AND DEDUCTIONS          OFFICE OF STATE CONTROLLER
P A OBREGON                                                      SOC SEC NO        3389
AGY/UNIT 086-202      PAY PERIOD 10/24      DIRECT DEP #
TAX YEAR 24      ISSUE DATE 10/31/24      BANK TRANSIT
ST EX      FD EX      OTHIN 0.00      DED 0.00      DEP 0.00

| | GROSS PAY | TAXABLE GROSS | DEDUCTIONS | NET PAY |
|---|---|---|---|---|
| CURRENT | 8936.00 | 6958.28 | 3667.83 | 5268.17 |
| YEAR-TO-DATE [1] | 101308.42 | | | |

| EARNINGS | DAYS | HOURS | GROSS | DEDUCTIONS | AMOUNT |
|---|---|---|---|---|---|
| REGULAR | | | 8936.00 | *RETIREMENT | 1049.49 |
| | | | | *OPEB | 357.44 |
| | | | | MEDICARE | 116.11 |
| | | | | *F KAISER | 570.79 |
| | | | | *F PRM DNTL | .00 |
| | | | | *CCPOA VIS | .00 |
| | | | | DUES-C/USA | 10.00 |
| | | | | PERS SURV | 2.00 |
| | | | | DUES-CCPOA | 116.15 |
| | | | | CVC VICTIMS | 71.00 |
| | | | | SUP ADM CHG | 1.50 |
| | | | | SUPPORT | 1333.00 |
| | | | | CCPOA-BTF | 35.75 |
| | | | | PERS SUR AD | 4.60 |

EMPLOYER CONTRIBUTIONS (current and adjustments)

| RETIREMNT | HLTH/FLEX | MEDICARE |
|---|---|---|
| 2745.14 | 2005.06 | 116.11 |
| VISION | OPEB | |
| 8.27 | 357.44 | |

| | 9/24 BEGIN BAL | CREDIT | USED | MISC | 10/24 BEGIN |
|---|---|---|---|---|---|
| VACATION | 73.50 | 11.00 | 24.00 | 0.00 | 60.50 |
| SICK LV | 8.00 | 8.00 | 8.00 | 0.00 | 8.00 |
| HOL CR | 8.00 | 8.00 | 0.00 | 0.00 | 16.00 |
| HOL ITO | 10.00 | 0.00 | 0.00 | 0.00 | 10.00 |
| TRNG/DEV | 16.00 | 0.00 | 0.00 | 0.00 | 16.00 |
| S POINTS | 107.00 | 1.00 | 0.00 | 0.00 | 108.00 |

*YOUR 2024 W2 WILL BE MAILED TO THE ADDRESS LISTED BELOW
IF YOU OPTED TO RECEIVE A PAPER W-2.  A CHANGE OF ADDRESS
MUST BE COMPLETED BY DECEMBER 13 IN ORDER FOR YOUR W2 TO BE
MAILED.  IF THIS ADDRESS IS INCORRECT OR IF YOU HAVE ANY
QUESTIONS ABOUT THIS NOTICE, PLEASE CONTACT YOUR
PERSONNEL/PAYROLL OFFICE

CD 39A (Rev 08/00) [1] Year-to-date gross on final earnings statement may not agree with W-2.
                    * Amounts which affect taxable gross