Certificate Number: 14912-CAC-DE-039422681

Bankruptcy Case Number: 24-17352



14912-CAC-DE-039422681

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 10, 2025, at 2:37 o'clock AM EDT, Phillip Obregon completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Central District of California.

Date:   March 10, 2025

By:   /s/Jai Bhatt

Name:   Jai Bhatt

Title:   Counselor